# Exhibit D

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

THERESA SWEET, CHENELLE ARCHIBALD, DANIEL DEEGAN, SAMUEL HOOD, TRESA APODACA, ALICIA DAVIS, and JESSICA JACOBSON on behalf of themselves and all others similarly situated,

    *Plaintiffs*,

v.

MIGUEL CARDONA, in his official capacity as Secretary of the United States Department of Education, and

THE UNITED STATES DEPARTMENT OF EDUCATION,

    *Defendants*.

Case No. 19-cv-03674-WHA

**AFFIDAVIT OF DOMINIC BENDIJO**

I, Dominic Bendijo, state as follows:

1. I am submitting this affidavit in relation to the above-captioned case.

2. I borrowed federal student loans to attend Brooks Institute in Ventura, California, pursuing a BA in Cinematography and Film/Video Production.

3. I enrolled in July of 2003 and graduated in September of 2006.

4. As detailed in my borrower defense application, Brooks lied about the job placement services it would provide, as well as the job prospects for graduates. Brooks recruiters told me that I would earn anywhere between 100K-150K per year with a Brooks degree, and that the program was selective. I relied on these statements and enrolled. However, these statements turned out to be utter lies.

5. I took out federal and private loans to attend Brooks. My federal student loans were originally about $20,000.

1

6. In late 2006, I started paying back my loans. My original payments were $1800 a month. I consolidated my loans to drop the interest rates in 2007. My loans were first serviced by Sallie Mae, then Navient.

7. On September 14, 2021, I submitted a borrower defense application online to the United States Department of Education.

8. When I submitted the application, the following pop-up message appeared: "Because you graduated or withdrew from your school more than three years ago, you are unable to apply for reconsideration."

9. This pop-up message was extremely confusing to me. I had not applied for reconsideration.

10. I do not understand what this message meant or what the status of my borrower defense application is.

Signed February 23, 2022



Dominic Bendijo