PHILLIP A. TALBERT
United States Attorney
JEFFREY J. LODGE
Assistant United States Attorney
2500 Tulare Street, Suite 4401
Fresno, California 93721
Telephone: (559) 497-4000
Email: Jeffrey.lodge@usdoj.gov

Attorneys for the United States Department of Education

# UNITED STATES BANKRUPTCY COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re:<br><br>ANGELO MARTEL LOVE and<br>CHRISTINE MARIE LOVE,<br><br>               Debtor.<br><br>CHRISTINE MARIE LOVE,<br><br>               Plaintiff,<br>v.<br><br>FEDLOAN SERVICING et al.,<br><br>               Defendants. | Case No. 19-20532-C-7<br>Chapter 7<br><br><br><br><br>Adv. Proceeding No. 21-02045-C<br><br>**STATEMENT OF UNDISPUTED FACTS IN SUPPORT OF UNITED STATES' MOTION FOR SUMMARY JUDGMENT**<br><br>DC No. USA-2<br><br>Date:   March 9, 2022<br>Time:  10:00 A.M.<br>Place:  Dept. C, Ctrm. 35, 6th Floor<br>         501 I Street, Sacramento CA<br>         Hon. Christopher M. Klein |

Pursuant to Local Rule 7056-1(a) of the United States Bankruptcy Court for the Eastern District of California, the United States provides the following Separate Statement of Undisputed Facts in support of its Motion for Summary Judgment.

///

///

---

STATEMENT OF UNDISPUTED FACTS                                                                              1

| No. | Statement of Undisputed Facts | Supporting Evidence |
|---|---|---|
| 1. | The debts at issue in this case are student loans within the meaning of the Bankruptcy Code. | *See* Complaint, AP Doc. 35. |
| 2. | Plaintiff Christine Maria Love ("Love") is 40 years old, divorced, and has two dependents ages 14 and 20. | *Id.*; Doc. 1, Schedule J. |
| 3. | Love is employed as a pharmacy technician and makes approximately $44,620 per year. | *Id.*; Lodge Decl., ¶ 2. |
| 4. | Love has no medical conditions that materially affect her ability to work. | *Id.* |
| 5. | On January 14, 2019, Love applied for a flexible repayment plan known as REPAYE. | Bulman Decl., ¶ 3. |
| 6. | On January 30, 2019, Love filed chapter 7 bankruptcy. | Doc. 1; Bulman Decl., ¶ 3. |
| 7. | On February 8, 2019, Love received a flexible repayment plan, known as REPAYE, from Education, and her monthly payment was set at $10.00. | Bulman Decl., ¶ 3. |
| 8. | Love filed bankruptcy before any payments on her student loans were due. | Bulman Decl., ¶ 7. |
| 9. | Love received a bankruptcy discharge on May 7, 2019. | Doc. 25. |
| 10. | The Chapter 7 trustee made a disbursement to Education in the amount of $979.81. | AP Doc. 35. |
| 11. | Due to the CARES Act Love has never had to make any payments. | Bulman Decl., ¶ 7. |

Respectfully submitted,

Dated: February 7, 2022

PHILLIP A. TALBERT
United States Attorney

By: /s/Jeffrey J. Lodge
JEFFREY J. LODGE
Assistant U.S. Attorney
Attorneys for the United States