2

PHILLIP A. TALBERT
Acting United States Attorney
JEFFREY J. LODGE
Assistant United States Attorney
2500 Tulare Street, Suite 4401
Fresno, California 93721
Telephone: (559) 497-4000
Email: Jeffrey.lodge@usdoj.gov

Attorneys for the United States Department of Education

UNITED STATES BANKRUPTCY COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re:<br><br>ANGELO MARTEL LOVE and<br>CHRISTINE MARIE LOVE,<br><br>　　　　　　　　　Debtor.<br><br>CHRISTINE MARIE LOVE,<br><br>　　　　　　　　　Plaintiff,<br><br>v.<br><br>FEDLOAN SERVICING et al.,<br><br>　　　　　　　　　Defendants. | Case No. 19-20532-C-7<br>Chapter 7<br><br><br><br><br><br>Adv. Proceeding No. 21-02045-C<br><br>**DECLARATION OF CHRISTIN BULMAN IN SUPPORT OF UNITED STATES' MOTION FOR SUMMARY JUDGMENT**<br><br>DC No. USA-2<br><br>Date: March 9, 2022<br>Time: 10:00 A.M.<br>Place: Dept. C, Ctrm. 35, 6th Floor<br>　　　501 I Street, Sacramento CA<br>　　　Hon. Christopher M. Klein |

I, Cristin Bulman, declare as follows:

1.　　I am a Loan Analyst in the Litigation Support division for the United States Department of Education. As part of my duties, I am familiar with and routinely obtain and review records from Education's records system including student loan records. These records are kept in the normal course of business, and my job duties entail obtaining and reviewing these records when required. I have reviewed the student loan file regarding the loans to Christine Marie Love aka Christine M. Stack and

---

DECLARATION OF CRISTIN BULMAN IN SUPPORT OF
UNITED STATES' MOTION FOR SUMMARY JUDGMENT　　　　　　　　　　　　　　1

based upon this file and the documents therein, I have professional knowledge of the matters set forth herein, and if called upon to testify, could and would competently testify thereto.

2. On August 10, 2012, Love executed a Master Promissory Note William D. Ford Federal Direct Loan for her student loans. Prior to the loans at issue, Plaintiff had student loans totaling $24,667.00 for her education at Heald College Loans (NSLDS 7-12) 2012 which were discharged though the Borrower Defense program. These were considered discharged as of March 2, 2016.

3. Between November 22, 2016, and March 27, 2018, Education disbursed student loans for her education at Ashford University disbursed totaling $27,135.00, but now total $28,405.34 with accrued interest.  Love withdrew from Ashford university effective 04/09/2018.  On January 14, 2019, Love applied for a flexible repayment plan known as REPAYE.  Revised Pay As You Earn, or REPAYE, is an income-driven repayment plan that caps federal student loan payments at 10% of a borrower's discretionary income and forgives the remaining balance after 20 or 25 years of repayment.  Income must be recertified annually.  Love's REPAYE was approved by Education on February 8, 2019, and her monthly payment was set at $10.00.

4. On January 30, 2019, Love filed bankruptcy.  The Chapter 7 trustee identified assets in the case.  Education filed a proof of claim No. 13.  The Chapter 7 trustee paid Education $979.81 pursuant to proof of claim No. 13.  This resulted in a payment in excess of that due at the relevant time.

5. On March 27, 2020, the President signed the CARES Act, which, among other things, provides broad relief in response to the coronavirus disease 2019 (COVID-19) for federal student loan borrowers whose loans are owned by the U.S. Department of Education.  Pub. L. No. 116-136 §§ 18001(b)(3), 18004(a), 134 Stat. 281, 564, 567-68 (2020); *see* 20 U.S.C. § 1091; 34 C.F.R. §§ 668.31-668.40. As a result, Love was not required to make any payments on her student loans for one year.

6. On January 5, 2021, Love was notified that, barring extension of the CARES Act, her annual recertification for her REPAYE was coming and within 10 days of 02/25/2021, her monthly payment would increase to $284.20, first due on 04/26/2021.  CARES relief was extended through May 1, 2022. *See* Pub. L. 117-2.  Because of the extension of the CARES Act, Love was not required to make any payments on her student loans for another year.

7. On June 28, 2021, Love filed the above referenced Adversary Proceeding. For the reasons described above, Love has never been in default on her student loans to Education. As of September 20, 2021, she has made payments totaling $1,033.04. This includes the payment from the Chapter 7 trustee.

I declare under penalty of perjury in accordance with the provisions of 28 U.S.C. § 1746 that the foregoing is true and correct.

Dated: February 1, 2022

_____
Cristin Bulman