PHILLIP A. TALBERT
United States Attorney
JEFFREY J. LODGE
Assistant United States Attorney
2500 Tulare Street, Suite 4401
Fresno, California 93721
Telephone: (559) 497-4000
Email: Jeffrey.lodge@usdoj.gov

Attorneys for the United States Department of Education

# UNITED STATES BANKRUPTCY COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re:<br><br>ANGELO MARTEL LOVE and<br>CHRISTINE MARIE LOVE,<br><br>　　　　　　Debtor.<br><br>CHRISTINE MARIE LOVE,<br><br>　　　　　　Plaintiff,<br>v.<br><br>FEDLOAN SERVICING et al.,<br><br>　　　　　　Defendants. | Case No. 19-20532-C-7<br>Chapter 7<br><br><br><br><br>Adv. Proceeding No. 21-02045-C<br><br>**DECLARATION OF JEFFREY J. LODGE IN SUPPORT OF UNITED STATES' MOTION FOR SUMMARY JUDGMENT**<br><br>DC No. USA-2<br><br>Date:　　March 9, 2022<br>Time:　　10:00 A.M.<br>Place:　　Dept. C, Ctrm. 35, 6th Floor<br>　　　　　501 I Street, Sacramento CA<br>　　　　　Hon. Christopher M. Klein |

I, Jeffrey J. Lodge, declare as follows:

1.　　I am an Assistant United States Attorney for the Eastern District of California and the attorney of record for the United States and its agency the United States Department of Education in the above-entitled action. I have personal knowledge of the matters set forth herein, and if called upon to testify, could and would competently testify thereto.

///

DECLARATION OF JEFFREY J. LODGE　　　　　　　　　　　　　　　　　　　　　　　　　　1

2. On behalf of the United States I propounded written discovery upon the Plaintiff Christine Marie Love. She provided written responses and some documents. The amount at stake is approximately $28,000 which makes it difficult to obtain discovery that is proportional. According to documents provided in discovery, Love has a mortgage loan balance on this property of $197,096.46 as of 12/01/2021. She appears to be employed as a pharmacy technician and claims to make $44,620 annually. She claims she wants to go back to school to complete her education. Based upon her responses, which did not include any medical information, it is my understanding that Love has no medical conditions that materially affect her ability to work.

3. The last day to disclose expert witnesses in this case has passed. I have never received any disclosure of expert witnesses from the Plaintiff.

I declare under penalty of perjury in accordance with the provisions of 28 U.S.C. § 1746 that the foregoing is true and correct.

Dated: February 7, 2022

/s/Jeffrey J. Lodge
Jeffrey J. Lodge

DECLARATION OF JEFFREY J. LODGE                                                                                 2